September 11, 1981.
437 A.2d 1023

Commonwealth v. Brown, Jr., Appellant.

Submitted April 13, 1981. Sydney W. Paul, for appellant; Thomas W. Piccione, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Judgment of sentence affirmed.